UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIJAH A. DOMINGUEZ,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS,<br><br>　　　　Respondent. | Case No. 22-cv-02175-JD<br><br>**ORDER RE DISMISSAL** |

This is a habeas petition filed pro se by a former state prisoner. In the initial review order, the Court dismissed the petition with leave to amend after discussing the deficiencies in the case. The time to amend has passed and petitioner has not filed an amended petition or otherwise communicated with the Court. This case is **DISMISSED** without prejudice for the reasons stated in the prior order. A certificate of appealability is **DENIED**.

**IT IS SO ORDERED.**

Dated: September 7, 2022

_____
JAMES DONATO
United States District Judge